denied.

No. 74–391.   COWAN, PENITENTIARY SUPERINTENDENT
v. CAUDILL.   C. A. 6th Cir.   Motion of respondent for
leave to proceed *in forma pauperis* granted.   Certiorari
denied.

No. 73–1553.   GREEN ET AL. *v.* UNITED STATES, *ante,*
p. 827;

No. 73–1753.   IN RE ESTATE OF CASSIDY ET AL., *ante,*
p. 882;

No. 73–1889.   WHITLOCK, EXECUTRIX *v.* COMMIS-
SIONER OF INTERNAL REVENUE, *ante,* p. 839;

No. 73–1972.   CANNON, WARDEN, ET AL. *v.* THOMAS
ET AL., *ante,* p. 813;

No. 73–6443.   GREENE ET AL. *v.* UNITED STATES, *ante,*
p. 977;

No. 73–6616.   ANGEL *v.* COINER, WARDEN, *ante,* p.
850;

No. 73–6701.   CAMPBELL *v.* CALIFORNIA ET AL., *ante,*
p. 853;

No. 73–6768.   KOPAS ET AL. *v.* UNITED STATES ET AL.,
*ante,* p. 857; and

No. 73–6775.   KOPAS ET AL. *v.* UNITED STATES TAX
COURT ET AL., *ante,* p. 857.   Petitions for rehearing
denied.

No. 73–1179.   ENVIRONMENTAL DEFENSE FUND, INC.,
ET AL. *v.* STAMM, COMMISSIONER, BUREAU OF RECLAMA-
TION, ET AL., 416 U. S. 974.   Motion for leave to file
petition for rehearing denied.

No. 73–6827.   KREAGER *v.* GENERAL ELECTRIC CO. ET
AL., *ante,* p. 861.   Petition for rehearing denied.   MR.
JUSTICE POWELL took no part in the consideration or
decision of this petition.